IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| ELIAHUE SHETRIT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 126-064 |
| | ) | |
| DESHAWN JONES, | ) | |
| | ) | |
| Respondent. | ) | |

**O R D E R**

The above-captioned petition for a writ of habeas corpus, filed pursuant to 28 U.S.C. § 2254, challenges a judgment of conviction entered in the Superior Court of Fulton County, which is located in the Northern District of Georgia.  It is the practice of this Court to transfer an action attacking a conviction to the District in which the original criminal proceedings were conducted.  See 28 U.S.C. § 2241(d).  Therefore, the Court **ORDERS** the transfer of this action to the United States District Court for the Northern District of Georgia, Atlanta Division.  The Court **DIRECTS** the Clerk to immediately forward the file to that District.

Petitioner should be aware that all future filings in this case should be made with the Clerk, U.S. District Court, Northern District of Georgia, 2211 U.S. Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303-3361.

SO ORDERED  this 8th day of April, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA